UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                        Case No. 8:08−bk−13272−CPM
                                                              Chapter 7

Joann M Bacelli
2310 Bottega Lane, Apt. 206
Brandon, FL 33511

        _____Debtor*_____/

NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL
FINANCIAL MANAGEMENT

    Notice is hereby given that in order to receive a discharge under 11 U.S.C. Section 727. , subject to limited exceptions, a debtor must:

    Complete an instructional course in personal financial management, as described in 11 U.S.C. Section 111, and file a certificate of completion.

    A review of the file in this case indicates that the debtor Joann M Bacelli has not filed a Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) .

    Failure to file the certification or otherwise communicate with the Court within twenty−one (21) days may result in the case being closed without an entry of discharge. If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23), the debtor must pay the full reopening fee due for filing the motion.

    DATED on December 10, 2008

                                               FOR THE COURT
                                               Lee Ann Bennett , Clerk of Court
                                               Sam M. Gibbons United States Courthouse
                                               801 North Florida Avenue, Suite 555
                                               Tampa, FL 33602

    * All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: fhayne           Page 1 of 1               Date Rcvd: Dec 10, 2008
Case: 08-13272                Form ID: 8finmgmt      Total Served: 1
```

The following entities were served by first class mail on Dec 12, 2008.
db          +Joann M Bacelli,   2310 Bottega Lane, Apt. 206,   Brandon, FL 33511-1262

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2008**                    **Signature:**          *Joseph Speetjens*