UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                                Case No. 8:08−bk−13272−CPM
Chapter 7

Joann M Bacelli
2310 Bottega Lane, Apt. 206
Brandon, FL 33511

_____Debtor(s)_____/

FINAL DECREE

The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

    − Larry S. Hyman is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

    − the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on December 12, 2008 .

_____
Catherine Peek McEwen
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: fhayne            Page 1 of 1              Date Rcvd: Dec 12, 2008
Case: 08-13272                Form ID: 87fd           Total Served: 1
```

The following entities were served by first class mail on Dec 14, 2008.
```
db           +Joann M Bacelli,    2310 Bottega Lane, Apt. 206,    Brandon, FL 33511-1262
```

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

 

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2008**                            **Signature:**   *Joseph Speetjens*