Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 8:08−bk−13272−CPM

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joann M Bacelli
   2310 Bottega Lane, Apt. 206
   Brandon, FL 33511

Social Security No.:
   xxx−xx−5273

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: December 12, 2008

Catherine Peek McEwen
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: fhayne              Page 1 of 1              Date Rcvd: Dec 12, 2008
Case: 08-13272                Form ID: B18              Total Served: 32
```

The following entities were served by first class mail on Dec 14, 2008.
```
db          +Joann M Bacelli,    2310 Bottega Lane, Apt. 206,    Brandon, FL 33511-1262
tr          +Larry S. Hyman,    Larry S. Hyman,    P.O. Box 18614,    Tampa, FL 33679-8614
15004077     ADT,    PO Box 650485,    Dallas, TX 75265-0485
15004081     Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102
15004079     Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
15004089     Bank of America 401(k) Plan,    c/o Bank of America,    PO Box 15176,    Wilmington, DE 19886-5716
15004082    +Bethpage Fed. Credit Union,    899 South Oyster Bay Road,    Bethpage, NY 11714-1031
15004085    +Citibank (Sears),    P.O. Box 469100,    Escondido, CA 92046-9100
15004086     Citicards,    P.O. Box 183042,    Columbus, OH 43218-3042
15004087    +Citicards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
15004088     Dianne & Leonard Bacelli, Sr,    352 South Country Road 21,    Hawthorne, FL 32640
15004090     Gulf Coast Collection Bureau,    5360 Marquesas Circle,    Sarasota, FL 34233-3331
15004091    +Hamlin at Lake Brandon,    1508 LaDora Drive,    Brandon, FL 33511-1204
15004092    +Hills. Co. Water Res. Serv.,    P.O. Box 1110,    Tampa, FL 33601-1110
15004093    +Intelliverse,    5900 Windward Parkway,    Suite 500,    Alpharetta, GA 30005-5205
15004095     LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
15004094     Labcorp,    P.O. Box 2240,    Burlington, NC 27216-2240
15004097    +Leonard Bacelli, Jr.,    8305 Bay Club Court,    Tampa, FL 33607-5980
15004099    +Leonard P. Bacelli, Jr.,    8305 Bay Club Court,    Tampa, FL 33607-5980
15004100    +Medical Diagnostic Lab, LLC,    2439 Kuser Road,    Trenton, NJ 08690-3303
15004101    +Millennium Anesthesia Care,    PO Box 568368,    Orlando, FL 32856-8368
15004102    +Precise Prof. Med. Billing,    P.O. Box 18959,    Sarasota, FL 34276-1959
15004103    +Sarasota Pathology,    2001 Webber Street,    Sarasota, FL 34239-5288
15004104    +St. Joseph's Hospital,    Processing Center,    PO Box 403600,    Atlanta, GA 30384-3600
15004105    +Summerfield Mas. Com. Assoc,    13011 Summerfield Boulevard,    Riverview, FL 33579-7118
15004107    +Tampa Electric,    P.O. Box 111,    Tampa, FL 33601-0111
15004108    +Tony Duarte,    6221 Land O Lakes Blvd,    Land O Lakes, FL 34638-3215
15004109    +Univ. Med. Service Assoc.,    P.O. Box 917689,    Orlando, FL 32891-7689
```

The following entities were served by electronic transmission on Dec 13, 2008.
```
tr          +EDI: QLSHYMAN.COM Dec 12 2008 23:04:00     Larry S. Hyman,    Larry S. Hyman,    P.O. Box 18614,
              Tampa, FL 33679-8614
15004078     EDI: ARSN.COM Dec 12 2008 23:03:00     Associated Recovery Sys,    P.O. Box 469046,
              Escondido, CA 92046-9046
15004079     EDI: BANKAMER2.COM Dec 12 2008 23:04:00     Bank of America,    P.O. Box 25118,
              Tampa, FL 33622-5118
15004081     EDI: BANKAMER2.COM Dec 12 2008 23:04:00     Bank of America,    PO Box 15102,
              Wilmington, DE 19886-5102
15004084     EDI: CHASE.COM Dec 12 2008 23:03:00     Chase,    P.O. Box 15548,    Wilmington, DE 19886-5548
15004087    +EDI: CITICORP.COM Dec 12 2008 23:03:00     Citicards,    P.O. Box 6500,
              Sioux Falls, SD 57117-6500
15004110     EDI: WFNNB.COM Dec 12 2008 23:04:00     Victoria's Secret,    P.O. Box 659728,
              San Antonio, TX 78265-9728
15004111    +E-mail/Text: bmyers@vikingservice.com                            Viking Collection Service,
              7500 Office Ridge Circle,    Suite 100,    Eden Prairie, MN 55344-3783
                                                                                             TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15004080*    Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
15004083*   +Bethpage Fed. Credit Union,    899 South Oyster Bay Road,    Bethpage, NY 11714-1031
15004096*    LCA Collections,    P.O. Box 2240,    Burlington, NC 27216-2240
15004098*   +Leonard Bacelli, Jr.,    8305 Bay Club Court,    Tampa, FL 33607-5980
15004106*   +Summerfield Mas. Com. Assoc,    13011 Summerfield Boulevard,    Riverview, FL 33579-7118
                                                                                      TOTALS: 0, * 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2008**                    **Signature:**  *Joseph Speetjens*